

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2019

No. 04-19-00790-CV

**IN RE** Joshua **KARLIN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

On November 7, 2019, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than December 2, 2019.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 15, 2019.

**PER CURIAM**

ATTESTED TO: _____
                     Michael A. Cruz,
                     Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015CI08588, styled *In the Interest of K.G.K., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.